UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: BAHA JAMIL JUNDY

Case No. 05-X-71091

HON. AVERN COHN

_____/

**ORDER**

Baha Jamil Jundy filed a letter petition in this Court. Jundy was convicted in Wayne County Circuit Court in 1998 of a drug offense and sentenced to probation. In 2003, the state court issued an order amending his sentence, setting aside his conviction, and providing that the state of Michigan maintain a non-public record of his conviction. On April 7, 2004, the state court issued a second order setting aside the conviction and providing for a non-public record.

Jundy says that all state agencies have honored the request for a non-public record of his conviction. However, he says that "the Federal DEA of Michigan refuses to honor this request, they will only allow an order issued by a Federal Court Justice." Jundy has also recently submitted a June 22, 2005 letter from the DEA to Jundy which states that it will not honor his request unless, inter alia, a federal court orders his record be made non-public. Apparently, the DEA has a record of Jundy's arrest on June 26, 1997.

Accordingly, the DEA shall maintain a **non-public record** of any information documenting Jundy's arrest. Jundy's motion for reconsideration is DENIED AS MOOT.

SO ORDERED.

Dated: July 25, 2005

  s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE